## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Anna Marie Yocum          BK NO. 25-02025 HWV

             Debtor(s)

                                    Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                  Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
04 Aug 2025, 15:26:53, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 5a30ea4039855e7b3ac099e605b1d7d234396afa48cdc5abcea64162de138214
Case 1:25-bk-02025-HWV    Doc 13    Filed 08/04/25    Entered 08/04/25 22:08:54    Desc
Main Document     Page 1 of 1