United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-02025-HWV |
| Anna Marie Yocum | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Aug 25, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Anna Marie Yocum, 437 Linton Hill Road, Duncannon, PA 17020-9714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**MAX ROSENN U.S. COURTHOUSE**
**197 South Main Street, Room 274**
**Wilkes-Barre, PA 18701**
**(570) 831-2500**

Seth F. Eisenberg
Clerk



**SYLVIA H. RAMBO US COURTHOUSE**
**1501 N. 6TH Street**
**Harrisburg, PA 17102**
**(717) 901-2800**

D. Troy Sellars
Chief Deputy Clerk

August 25, 2025

Anna Marie Yocum
437 Linton Hill Road
Duncannon, PA 17020

        In Re:      Anna Marie Yocum
        Case No.:  1:25-bk-02025-HWV
        Chapter:   13

Dear Debtor:

Please be advised that even though your case has been dismissed, you remain responsible for the unpaid filing fees.

        **Your unpaid filing fees total: $ 313.00**

You can pay these fees using any of the following methods:

- On-line using a debit card (https://www.pamb.uscourts.gov/online-fee-payments);
- a cashier's check; or
- a money order.

Cashier's checks and money orders must be made payable to the "Clerk, United States Bankruptcy Court".

The Clerk's office does not accept cash, personal checks from debtors, or third-party checks.

Please promptly submit your payment.

Sincerely,

Nadine Petrina

Financial Administrator